# Exhibit 9

# STEPTOE & JOHNSON
### ATTORNEYS AT LAW

TAX ID # 55-0286140
PHONE: (304) 933-8000
*www.steptoe-johnson.com*

November 8, 2016

Cliffs Mining Services Company
200 Public Square, Suite 3300
Cleveland, OH 44114

RE: O'Dell, Rex v. Cliffs Mining Services Company, et al.

Dear Kristin French

Enclosed please find Steptoe & Johnson's statement for services rendered and expenses incurred through October 31, 2016. I trust that you will find the charges related to the above referenced matter to be satisfactory.

If you have any questions regarding this matter, please contact me.

Sincerely,

C. David Morrison

Enclosure



# STEPTOE & JOHNSON
### ATTORNEYS AT LAW

TAX ID # 55-0286140
PHONE: (304) 933-8000
www.steptoe-johnson.com

Cliffs Mining Services Company
200 Public Square, Suite 3300
Cleveland, OH 44114

**DUE UPON RECEIPT**

Invoice Date: November 8, 2016
Invoice Number: 737179
Matter Number: 163940.00001

**FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2016**

**Client:** Cliffs Mining Services Company

**Matter:** O'Dell, Rex v. Cliffs Mining Services Company, et al.

| | | |
|---|---|---|
| Total Current Fees | $ | 5,077.50 |
| Total Current Costs | $ | 1.60 |
| **Total Due This Invoice** | **$** | **5,079.10** |

**Please Remit to:**

*Mail To:*
Steptoe & Johnson PLLC
P.O. Box 247
Bridgeport, WV 26330-0247

*ACH Transaction Instructions:*
The Huntington National Bank
Columbus, OH
ABA Number: 051903761
Swift Code: HUNTU33 (International)
Account # 01521200171
*(Please Reference Invoice Number)*

Attorney-Client Communication - Privileged and Confidential

Cliffs Mining Services Company  
O'Dell, Rex v. Cliffs Mining Services Company, et al.

Invoice Date: November 8, 2016  
Invoice Number: 737179  
Matter Number: 163940.00001

## TIME DETAIL

| Date | Initials | Hours | Description |
|---|---|---|---|
| 09/20/16 | MJM | 0.30 | Review of O'Dell complaint and preparing email correspondence to outline potential conflict issues that need to be resolved prior to representation |
| 09/21/16 | CDM | 0.60 | Review complaint; draft a lengthy e-mail re: the positions of the parties |
| 09/23/16 | MJM | 0.30 | Review of the Purchase Agreement between Cliffs and ERP for potential indemnification language |
| 09/23/16 | CDM | 0.50 | Review complaint; review Unit Purchase Agreement |
| 09/23/16 | CDM | 0.10 | Draft email to Brent Mickum re: the Unit Purchase Agreement and possibly tendering the defense of this case to Cliffs |
| 09/26/16 | MJM | 0.25 | Review of R. O'Dell Complaint and considering conflict issues in this matter |
| 09/27/16 | MJM | 0.75 | Review of R. O'Dell's employee file in preparation for call with D. Toler on 9/28 |
| 09/28/16 | MJM | 0.40 | Conference with D. Toler regarding O'Dell matter |
| 09/28/16 | MJM | 0.25 | Draft email correspondence to B. Mickum regarding resolution of conflict situation |
| 09/28/16 | CDM | 0.90 | Prepare for review of Dave Toler; interview him; draft memo to the file summarizing the interview |
| 09/29/16 | MJM | 0.25 | Conference with B. Mickum regarding waiver of potential conflict |
| 09/29/16 | MJM | 0.10 | Correspondence to B. Mickum confirming waiver of conflict in O'Dell matter |
| 10/03/16 | CDM | 0.10 | Prepare complaint; telephone call to Robert Fisher 216-694-4809 |
| 10/04/16 | MJM | 0.70 | Attention to documents provided by client regarding Mr. O'Dell's FMLA/STD time off |
| 10/04/16 | MJM | 0.70 | Draft letter to D. Grubb requesting dismissal of Cliffs/Pinnacle |
| 10/05/16 | MJM | 0.30 | Revise letter to D. Grubb regarding dismissal of Cliffs/Pinnacle |
| 10/05/16 | CDM | 0.20 | Draft letter to Attorney Grubb re: dismissing Cliffs from the case |
| 10/09/16 | MJM | 0.10 | Conference with D. Toler regarding Answer to Plaintiff's Complaint |
| 10/10/16 | MJM | 0.50 | Revise multiple representation agreement and engagement letter |
| 10/11/16 | MJM | 0.70 | Conference with D. Toler to obtain background information to answer Complaint in this matter |

Cliffs Mining Services Company  
O'Dell, Rex v. Cliffs Mining Services Company, et al.

Invoice Date: November 8, 2016  
Invoice Number: 737179  
Matter Number: 163940.00001

## TIME DETAIL

| Date | TK | Hours | Description |
|---|---|---|---|
| 10/18/16 | MJM | 0.20 | Conference call with D. Toler regarding additional information needed to answer Plaintiff's Complaint |
| 10/18/16 | MJM | 3.20 | Draft motion for judgment on the pleadings |
| 10/18/16 | MJM | 0.20 | Draft motion for judgment on the pleadings to accompany memorandum of law in support of the same |
| 10/19/16 | CDM | 0.50 | Draft motion for judgment on the pleadings |
| 10/19/16 | MJM | 0.10 | Dictate correspondence to Plaintiff's counsel in re: answer and request for dismissal of Cliffs |
| 10/19/16 | MJM | 2.00 | Draft Answer to Complaint on behalf of Cliffs |
| 10/19/16 | MJM | 1.50 | Revise motion for judgment on the pleadings and the accompanying memorandum of law regarding the same |
| 10/19/16 | MJM | 1.00 | Draft Answer to Plaintiff's Complaint on behalf of Cliffs |
| 10/20/16 | CDM | 0.80 | Draft answer to the complaint |
| 10/20/16 | CDM | 0.50 | Draft Memorandum in Support of Motion for Judgment on the Pleadings |
| 10/20/16 | MJM | 0.20 | Conference with K. French regarding Answer and motion for judgment on pleadings to get feedback prior to filing |
| 10/24/16 | MJM | 0.10 | Revise letter to Plaintiff's counsel regarding hearing dates |

**Total $ 5,077.50**

## TIMEKEEPER SUMMARY

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| C. David Morrison | Member | $420.00 | 4.20 | 1,764.00 |
| Michael J. Moore | Associate | $235.00 | 14.10 | 3,313.50 |
| | | **Total** | **18.30** | **$ 5,077.50** |

| | | Invoice Date: | November 8, 2016 |
|---|---|---|---|
| Cliffs Mining Services Company | | Invoice Number: | 737179 |
| O'Dell, Rex v. Cliffs Mining Services Company, et al. | | Matter Number: | 163940.00001 |

## COST DETAIL

| Date | Description | Amount |
|---|---|---|
| Thru 10/31/16 | Scanned Documents | 1.60 |
| | **Total** | **$ 1.60** |



# STEPTOE & JOHNSON PLLC
## ATTORNEYS AT LAW

TAX ID # 55-0286140
PHONE: (304) 933-8000
*www.steptoe-johnson.com*

Cliffs Mining Services Company
200 Public Square, Suite 3300
Cleveland, OH 44114

**DUE UPON RECEIPT**

Invoice Date: November 8, 2016
Invoice Number: 737179
Matter Number: 163940.00001

FOR PROFESSIONAL SERVICES THROUGH OCTOBER 31, 2016

## REMITTANCE PAGE

**Client:** Cliffs Mining Services Company

**Matter:** O'Dell, Rex v. Cliffs Mining Services Company, et al.

**Total Due This Invoice** $ 5,079.10

Amount of Payment $ _____

---

***Please Remit to:***

***Mail To:***
Steptoe & Johnson PLLC
P.O. Box 247
Bridgeport, WV 26330-0247

***ACH Transaction Instructions:***
The Huntington National Bank
Columbus, OH
ABA Number: 051903761
Swift Code: HUNTU33 (International)
Account # 01521200171
*(Please Reference Invoice Number)*

Attorney-Client Communication - Privileged and Confidential