# Exhibit 12



**STEPTOE & JOHNSON** PLLC
ATTORNEYS AT LAW

Chase Tower, 17th Floor
P.O. Box 1588
Charleston, WV 25326-1588
(304) 353-8000  (304) 353-8180 Fax
www.steptoe-johnson.com

Writer's Contact Information

304-353-8154
John.Meadows@steptoe-johnson.com

February 6, 2017

**VIA E-MAIL**
Traci Forrester
Cliffs Natural Resources, Inc.
District 2004 – Vendor #513877
P.O. Box 94403
Cleveland, OH 44101-4403

Re: FINAL Billing

Dear Ms. Forrester:

Attached please find our FINAL bill for services rendered and expenses incurred through January 31, 2017, which we trust you will find to be acceptable.

We enjoyed working with you and look forward to the opportunity of working with you again in the future.

If you have any questions, please do not hesitate to contact me.

Very truly yours,

John J. Meadows

JJM/sec

Enclosure

7399005

West Virginia • Ohio • Kentucky • Pennsylvania • Texas • Colorado

TerraLex



**STEPTOE & JOHNSON**
ATTORNEYS AT LAW

TAX ID # 55-0286140
PHONE: (304) 933-8000
www.steptoe-johnson.com

Cliffs Natural Resources, Inc.
Attn: Traci Forrester
District 2004 - Vendor #513877
P. O. Box 94403
Cleveland, OH 44101-4403

**DUE UPON RECEIPT**
**FINAL BILL**

| | |
|---|---|
| Invoice Date: | February 6, 2017 |
| Invoice Number: | 745433 |
| Matter Number: | 704570.00028 |

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2017

**Client:** Cliffs Natural Resources, Inc.

**Matter:** LIT -Chichester, et al. v. Posey G. Cook & Toney's Fork Land
  Adjuster: Jason Veloso, Esq.
  Claimant: Elizabeth Chichester
  Insured: Cliffs Natural Resources
  Jurisdiction: USDC Tampa FL

| | | |
|---|---|---|
| Total Current Fees | $ | 1,922.00 |
| **Total Due This Invoice** | **$** | **1,922.00** |

*Please Remit to:*

*Mail To:*
Steptoe & Johnson PLLC
P.O. Box 247
Bridgeport, WV 26330-0247

*ACH Transaction Instructions:*
The Huntington National Bank
Columbus, OH
ABA Number: 051903761
Swift Code: HUNTU33 (International)
Account # 01521200171
*(Please Reference Invoice Number)*

Attorney-Client Communication - Privileged and Confidential

Cliffs Natural Resources, Inc.  Invoice Date:     February 6, 2017
LIT -Chichester, et al. v. Posey G. Cook & Toney's Fork   Invoice Number:   745433
Land                                                       Matter Number:    704570.00028

## TIME DETAIL

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/04/17 | JRH | Analyze proposed stipulations from Chichester's counsel (.2); email from counsel for Cook with Answer to Petition for Surcharge of Personal Representative requesting release of escrow (.1); analyze Answer to Petition for Surcharge (.1); email to counsel for Coronado regarding escrow issue (.1) | 0.50 | 155.00 |
| 01/05/17 | JRH | Phone call with counsel for Coronado regarding escrow (.2); email from counsel for Coronado noting that he will recommend that his client agree to disbursing escrow (.1); email to J. Veloso with recommendation that we disburse escrow (.1); email from J. Veloso approving disbursement of escrow (.1) | 0.50 | 155.00 |
| 01/06/17 | JRH | Email from counsel for Coronado regarding closure of escrow account (.1); email to counsel for Cook/Coronado regarding escrow account (.1); phone call and return of same to Huntington regarding information necessary to close account (.2); phone call to J. Hussell and return of same regarding administrative issues to close escrow account (.1); email from J. Hussell to counsel for Coronado (.1); email from J. Hussell regarding conference call with B. Kraus (.1) | 0.70 | 217.00 |
| 01/09/17 | JRH | Email from counsel for Chichester regarding proposal to end litigation (.1); email from counsel for Coronado regarding disbursement of funds (.1); email to counsel for Chichester regarding disbursement (.1); email from Chichester's counsel requesting contact with S. Hearn concerning disbursement (.1) | 0.40 | 124.00 |
| 01/10/17 | JRH | Email from Chichester's counsel requesting contact with Cook's FL counsel (.1); email from counsel for Coronado regarding next step (.1); email to counsel advising that I will contact Cook's counsel (.1) | 0.30 | 93.00 |
| 01/18/17 | JRH | Email from S. Hearn regarding proposed stipulations from Cook (.1); email from J. Brownlee regarding proposed stipulations and conclusion of matter (.1) | 0.20 | 62.00 |
| 01/20/17 | JRH | Email to counsel for Cook regarding distribution of escrow (.1); email from counsel for Cook regarding distribution of escrow (.1); phone call to J. Hussell (counsel for Cook in WV proceeding) regarding information necessary for distribution of escrow (.2); email from Hearn to Brownlee regarding resolution (.1); email from counsel for Chichester with proposed Stipulation (.1); email from S. Hearn agreeing to stipulation (.1); email to Brownlee and Hearn with information related to stipulation (.1); phone call from J. Brownlee regarding proposed stipulation (.2); phone call to S. Hearn regarding stipulation (.1) | 1.10 | 341.00 |

| | | | | |
|---|---|---|---|---|
| Cliffs Natural Resources, Inc. | | Invoice Date: | | February 6, 2017 |
| LIT -Chichester, et al. v. Posey G. Cook & Toney's Fork Land | | Invoice Number: | | 745433 |
| | | Matter Number: | | 704570.00028 |

## TIME DETAIL

| Date | Initials | Description | Hours | Amount |
|---|---|---|---|---|
| 01/23/17 | JRH | Emails from counsel for Chichester regarding stipulation (.2); phone call to former local counsel for matter (.1); phone call to clerk concerning matter (.1); email to counsel of record regarding stipulation (.1); email from S. Hearn regarding stipulation (.1); email from J. Brownlee agreeing to revised stipulation (.1); email to J. Brownlee authorizing signing of stipulation (.1); email from J. Hussell regarding stipulation (.1); email authorizing distribution of escrow (.1); email from S. Hearn regarding stipulation (.1) | 1.00 | 310.00 |
| 01/24/17 | JRH | Receive notification from court regarding order endorsed dismissing matter with prejudice (.1); email to A. Greenberg regarding dismissal of Florida action (.1); email from G. Cook regarding endorsed order (.1); email to J. Hussell regarding endorsed order (.1) | 0.30 | 93.00 |
| 01/25/17 | JRH | Email to counsel for Gene Cook regarding distribution of escrow (.1); email to Huntington regarding disbursement of escrow funds (.1); email from A. Greenberg regarding disbursement of escrow and royalty statement (.1) | 0.30 | 93.00 |
| 01/26/17 | JRH | Emails from B. Kraus regarding release of escrow funds (.2); emails from J. Hussell regarding release of escrow funds (.2); phone call to A. Greenberg regarding release of royalty funds (.1); email to J. Veloso regarding conclusion of legal services (.2); email from J. Veloso regarding endorsed order (.1) | 0.80 | 248.00 |
| 01/30/17 | JRH | Email to J. Veloso regarding endorsed order | 0.10 | 31.00 |
| | | Total | | $ 1,922.00 |

## TIMEKEEPER SUMMARY

| Name | Title | Rate | Hours | Amount |
|---|---|---|---|---|
| Jennifer R. Hill | Member | $310.00 | 6.20 | 1,922.00 |
| | | Total | 6.20 $ | 1,922.00 |

| Cliffs Natural Resources, Inc. | Invoice Date: | February 6, 2017 |
| LIT -Chichester, et al. v. Posey G. Cook & Toney's Fork Land | Invoice Number: | 745433 |
| | Matter Number: | 704570.00028 |

## OUTSTANDING INVOICES

| Invoice Date | Invoice Number | Invoice Total | Payments | Total Balance |
|---|---|---|---|---|
| 10/27/15 | 700900 | 738.10 | 0.00 | 738.10 |
| 01/11/17 | 742888 | 456.00 | 0.00 | 456.00 |
| | | | Total | $ 1,194.10 |



**STEPTOE & JOHNSON**
ATTORNEYS AT LAW

TAX ID # 55-0286140
PHONE: (304) 933-8000
www.steptoe-johnson.com

Cliffs Natural Resources, Inc.
Attn: Traci Forrester
District 2004 - Vendor #513877
P. O. Box 94403
Cleveland, OH  44101-4403

**DUE UPON RECEIPT**

| | |
|---|---|
| Invoice Date: | February 6, 2017 |
| Invoice Number: | 745433 |
| Matter Number: | 704570.00028 |

FOR PROFESSIONAL SERVICES THROUGH JANUARY 31, 2017

## REMITTANCE PAGE

**Client:** Cliffs Natural Resources, Inc.

**Matter:** LIT -Chichester, et al. v. Posey G. Cook & Toney's Fork Land

| | | |
|---|---|---|
| **Total Due This Invoice** | $ | 1,922.00 |
| Balances From Previous Invoices | | 1,194.10 |
| **Total Amount Due** | $ | 3,116.10 |
| Amount of Payment | $ | |

*Please Remit to:*

*Mail To:*
Steptoe & Johnson PLLC
P.O. Box 247
Bridgeport, WV 26330-0247

*ACH Transaction Instructions:*
The Huntington National Bank
Columbus, OH
ABA Number: 051903761
Swift Code: HUNTU33 (International)
Account # 01521200171
*(Please Reference Invoice Number)*

Attorney-Client Communication - Privileged and Confidential