IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFFS NATURAL RESOURCES INC., et al., <br><br> Plaintiffs, <br><br> vs. <br><br> SENECA COAL RESOURCES, LLC, et al. <br><br> Defendants. | C.A. NO. 17-cv-00567-GAM |
| SENECA COAL RESOURCES, LLC, <br><br> Counterclaim Plaintiff, <br><br> vs. <br><br> CLIFFS NATURAL RESOURCES INC., and CLF PINNOAK, LLC, <br><br> Counterclaim Defendants. | |

**DECLARATION OF CHRISTOPHER VICECONTE IN FURTHER SUPPORT OF DEFENDANTS' MOTION TO DISMISS FOR LACK OF SUBJECT MATTER JURISDICTION**

I, Christopher Viceconte, declare under penalty of perjury as follows:

1. I am a Director with the law firm of Gibbons, P.C., counsel for Defendant / Counterclaim Plaintiff Seneca Coal Resources, LLC's ("Seneca"), and Defendants Thomas Clarke, Ana Clarke, Kenneth McCoy, Jason McCoy, Lara Natural Resources, LLC, and Iron Management II, LLC's (together with Seneca, "Defendants"), in connection with the above-captioned action. I make this declaration in connection with Defendants' Reply in further Support of their Motion to Dismiss for Lack of Subject Matter Jurisdiction.

1

2. Seneca's December 6, 2016 Amended and Restated Operating Agreement was produced as Clarke0000507-Clarke0000528 on July 31, 2017 and as Seneca042854-Seneca042875 on October 5, 2017. Plaintiffs used this document as Exhibit No. 90 during the January 26, 2018 deposition of Ana Clarke, conducted by Robert Fogarty on Plaintiffs' behalf.

3. Exhibit B to the Declaration of Pilar G. Kraman (D.I. 264-1) is a document that was produced as Seneca037250-Seneca037312 on October 5, 2017.

4. Below is a chart that lists the Exhibits to Plaintiffs' Proposed Fourth Amended Complaint (D.I. 262-1) which were produced by the parties in this litigation, along with each document's bates number and the date on which it was produced:

| Exhibit | Bates No. | Production Date |
|---------|-----------|-----------------|
| B | Cliffs_Seneca_000001- Cliffs_Seneca_000051 | August 7, 2017 |
| C | Seneca011887- Seneca011888 | August 15, 2017 |
| H | Seneca003978 | August 1, 2017 |
| I | McCoy005244 | August 29, 2017 |
| J | Seneca000206-Seneca000207 | August 1, 2017 |
| L | Seneca007679-Seneca007680 | August 5, 2017 |
| M | Clarke000955-Clarke000956 | August 16, 2017 |
| N | Seneca010283- Seneca010285 | August 15, 2017 |
| O | Seneca085403-Seneca085406 | January 5, 2018 |
| P | Cliffs_Seneca_000799- Cliffs_Seneca_000800 | August 7, 2017 |
| Q | Seneca147339-Seneca147373 | March 22, 2018 |
| R | Seneca045203 | October 5, 2017 |
| S | Seneca000152-Seneca000153 | August 1, 2017 |
| T | Seneca013704 | August 15, 2017 |
| U | McCoy000034-McCoy000040 | August 29, 2017 |
| V | Seneca007649 | August 15, 2017 |
| W | Seneca011621 | August 15, 2017 |
| X | Seneca029448 | September 8, 2017 |
| Y | Seneca031007-Seneca031008 | September 8, 2017 |
| Z | Seneca011999- Seneca012001 | August 15, 2017 |
| AA | Seneca006581- Seneca006586 | August 15, 2017 |
| BB | Seneca003967- Seneca003969 | August 1, 2017 |
| CC | McCoy005240 | August 29, 2017 |
| DD | McCoy005373 | September 22, 2017 |
| EE | Seneca001846 | August 1, 2017 |

| FF | Seneca001847 | August 1, 2017 |
| GG | Seneca002745 | August 1, 2017 |
| HH | Seneca010986 | August 15, 2017 |
| II | Seneca002073-Seneca02074 | August 1, 2017 |
| JJ | Seneca034354-Seneca034355 | October 5, 2017 |
| KK | Seneca005034- Seneca005035 | August 1, 2017 |
| LL | Clarke0036382 | October 18, 2017 |
| MM | Seneca016892-Seneca016893 | September 8, 2017 |
| NN | Seneca006156 | October 15, 2017 |
| OO | McCoy006078-McCoy006079 | September 22, 2017 |
| PP | McCoy005335-McCoy005336 | September 22, 2017 |

I declare under the penalty of perjury that the foregoing is true and correct to the best of my knowledge.

_____
Christopher Viceconte (No. 5568)

Dated: April 9, 2018
      Wilmington, Delaware

3