IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFFS NATURAL RESOURCES INC.;  :  <br> CLF PINNOAK LLC,                                   :  <br>           Plaintiffs,                              :  <br>                                                          :  <br>      v.                                                : <br>                                                          : <br> SENECA COAL RESOURCES, LLC.;          : <br> THOMAS M. CLARKE;                             : <br> ANA M. CLARKE;                                   : <br> KENNETH R. MCCOY;                             : <br> JASON R. MCCOY;                                  : <br> LARA NATURAL RESOURCES, LLC;       : <br> IRON MANAGEMENT II, LLC,                 : <br>           Defendants.                             : | CIVIL ACTION <br> No. 17-567 |

## ORDER

This 30th day of April, 2018, upon consideration of Defendants Seneca Coal Resources, LLC, Iron Management II, LLC, Lara Natural Resources, LLC, Ana Clarke, Thomas Clarke, Jason McCoy, and Kenneth McCoy's Motion to Dismiss for Lack of Jurisdiction over the Subject Matter, ECF No. 250, and Plaintiffs Cliffs Natural Resources Inc. and CLF Pinnoak LLC's Motion for Leave to Amend Complaint, ECF No. 262, and Consolidated Answering Brief in Response to Defendants' Motion to Dismiss, ECF No. 263, it is hereby **ORDERED** that:

1. Defendants' Motion to Dismiss is **GRANTED**, and Plaintiffs' claims are **DISMISSED** in their entirety; and

2. Plaintiffs' Motion to Amend is **DENIED**.

                                                       /s/ Gerald Austin McHugh
                                           United States District Judge

Case 1:17-cv-00567-GAM   Document 277   Filed 04/30/18   Page 2 of 2 PageID #: 4435