IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| CLIFFS NATURAL RESOURCES INC., et al.,<br><br>    Plaintiffs,<br><br>vs.<br><br>SENECA COAL RESOURCES, LLC, et al.<br><br>    Defendants. | C.A. NO. 17-cv-00567-GAM |
| SENECA COAL RESOURCES, LLC,<br><br>    Counterclaim Plaintiff,<br><br>vs.<br><br>CLIFFS NATURAL RESOURCES INC., and CLF PINNOAK, LLC,<br><br>    Counterclaim Defendants. | |

## NOTICE OF APPEAL

**NOTICE** is hereby given that Defendant / Counterclaim Plaintiff Seneca Coal Resources, LLC, and Defendants Thomas M. Clarke, Ana M. Clarke, Lara Natural Resources, LLC, Kenneth R. McCoy, Jason McCoy, and Iron Management II, LLC, by and through their counsel, Gibbons P.C. and White & Case LLP, hereby appeal, pursuant to Rule 3 of the Federal Rules of Appellate Procedure, to the United States Court of Appeals for the Third Circuit from the Court's May 4, 2018 Order (D.I. 281), granting Plaintiffs' letter motion to modify the terms of the Amended Stipulated Protective Order.

| | |
|---|---|
| Dated:  May 8, 2018 | GIBBONS P.C. |
| | |
| | */s/  Christopher Viceconte* |
| OF COUNSEL: | Christopher Viceconte (No. 5568) |
| Craig H. Averch | GIBBONS P.C. |
| Ronald K. Gorsich | 300 Delaware Avenue, Suite 1015 |
| Mark E. Gustafson | Wilmington, DE 19801 |
| WHITE & CASE LLP | Tel:  (302) 518-6322 |
| 555 South Flower Street, Suite 2700 | Fax: (302) 397-2050 |
| Los Angeles, California 90071-2433 | cviceconte@gibbonslaw.com |
| Tel:     (213) 620-7700 | |
| Fax:    (213) 452-2329 | Kevin W. Weber |
| caverch@whitecase.com | Caroline E. Oks |
| rgorsich@whitecase.com | GIBBONS P.C. |
| mgustafson@whitecase.com | One Gateway Center |
| | Newark, NJ 07102 |
| Joshua Berman | Tel:  (973) 596-4895 |
| WHITE & CASE LLP | Fax:  (973) 639-8372 |
| 1221 Avenue of the Americas | kweber@gibbonslaw.com |
| New York, NY  10020 | coks@gibbonslaw.com |
| Tel:     (212) 819-8200 | |
| Fax:    (212) 354-8113 | *Attorneys for Defendant / Counterclaim* |
| joshua.berman@whitecase.com | *Plaintiff Seneca Coal Resources, LLC, and Defendants Thomas M. Clarke, Ana M. Clarke, Lara Natural Resources, LLC, Kenneth R. McCoy, Jason McCoy, and Iron Management II, LLC* |